No. 1156, Misc. VESS v. PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1183, Misc. SHOTKIN v. COHEN. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 1185, Misc. NEAL v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1189, Misc. BAGLEY v. RHAY, PENITENTIARY SUPERINTENDENT, ET AL. Sup. Ct. Wash. Certiorari denied.

No. 1198, Misc. VAN SLYKE v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 1199, Misc. COLLINS v. YEAGER, PRISON KEEPER. Sup. Ct. N. J. Certiorari denied.

No. 1211, Misc. WELLER v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 1212, Misc. WASHINGTON v. COLORADO. Sup. Ct. Colo. Certiorari denied. *Charles A. Hobbs* for petitioner. *Duke W. Dunbar,* Attorney General of Colorado, and *John P. Moore,* Assistant Attorney General, for respondent.

No. 1216, Misc. SMITH v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. *John R. Snively* for petitioner. *William G. Clark,* Attorney General of Illinois, *Fred Leach,* Assistant Attorney General, *William R. Nash* and *Alfred W. Cowan, Jr.,* for respondent.